29 A.3d 760

John Patrick HALFPENNY, Esq., Petitioner

v.

PHILADELPHIA COURT OF COMMON PLEAS, FAMILY LAW DIVISION, the Hon. Lisette Shirdan–Harris, Mary Bosart Halfpenny, Esq., and Cozen O'Connor L.L.C., Respondents.

No. 25 EM 2011.

Supreme Court of Pennsylvania.

Sept. 26, 2011.

## ORDER

PER CURIAM.

And now this 26th day of September, 2011, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.** The Prothonotary is directed to strike the name of the jurist from the caption.